**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-2193**

———————————

JAMES ADEYEMI,

                                        Plaintiff - Appellant,

         versus

CHIMES DISTRICT OF COLUMBIA, INCORPORATED,

                                        Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.
(1:05-cv-02360-CCB)

———————————

Submitted:  February 23, 2007      Decided:  March 14, 2007

———————————

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Adeyemi, Appellant Pro Se.  Howard Kenneth Kurman, OFFIT &
KURMAN, Owings Mills, Maryland; Laura L. Rubenstein, OFFIT &
KURMAN, Maple Lawn, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Adeyemi appeals the district court's order granting his former employer's motion for summary judgment in his action alleging disability under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Adeyemi v. Chimes District of Columbia, Inc., No. 1:05-cv-02360-CCB (D. Md. Oct. 12, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED